AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT

for the

SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SEP 16 20__
PRO SE OFFICE

ANDRES FERNANDO ARROYAVE-RAMIREZ )
)
)
_____ )
*Petitioner* )
)
v. ) Case No. **24 CV 6985**
) *(Supplied by Clerk of Court)*
FCI OTISVILLE )
)
(WARDEN) )
)
_____ )
*Respondent*
*(name of warden or authorized person having custody of petitioner)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1.  (a) Your full name:   ANDRES FERNANDO ARROYAVE-RAMIREZ
    (b) Other names you have used:   NONE
2.  Place of confinement:

    (a) Name of institution:   FCI OTISVILLE, FEDERAL CORRECTIONAL INSTITUTION

    (b) Address:
       P.O.BOX 1000,OTISVILLE,NY 10963

    (c) Your identification number:  01507-104

3.  Are you currently being held on orders by:
    ✔ Federal authorities      ⬝ State authorities      ⬝ Other - explain:

4.  Are you currently:
    ☐ A pretrial detainee (waiting for trial on criminal charges)
    X Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
    If you are currently serving a sentence, provide:
       (a) Name and location of court that sentenced you:   US DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

       (b) Docket number of criminal case:      12:20032-CR-WILLIAMS
       (c) Date of sentencing:   09/26/2014

    ☐ Being held on an immigration charge

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☑Other *(explain)*:  TITLE 21: 963 CONSPIRACY TO DISTRIBUTE FIVE KILOGRAMS OR MORE OF COCAINE KNOWING THAT IT WAS UNLAWFULLY IMPORTED INTO THE UNITED STATES.

### Decision or Action You Are Challenging

5.     What are you challenging in this petition:

☑How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

FIRST STEP ACT EARNIG TIME CREDITS (ETC) WHICH ARE BEING GRANTED AT THIS MOMENT TO PETITIONER. PETITIONER REQUEST RESPECTFULLY FROM THIS COURT AN ORDER TO GET PROTECTION FROM THE BOP TO NOT REMOVE HIS ETC (EARNING TIME CREDITS) FROM THE FIRST STEP ACT, AS THE BOP IS DOING THIS ACTION TO MANY INMATES AT DIFFERENT FEDERAL PRISONS ILLEGALLY.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

❑   Pretrial detention'
Immigration detention'
Detainer
❑     The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
❑   Disciplinary proceedings

_____

_____

_____

❑   Other *(explain)*:

6.      Provide more information about the decision or action you are challenging:
(a)  Name and location of the agency or court:   BUREAU OF PRISIONS IN CONJUNCTION WITH IMMIGRA-
TION AUTHORITIES (ICE).

(b)  Docket number, case number, or opinion number: _____

(c)  Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:

PETITIONER IS CHALLENGING THE POSSIBILITY THAT THE BOP IN CONJUNCTION WITH THE
IMMIGRATION AUTHORITIES (ICE) MAY REMOVE HIS EARNING TIME CREDITS (ETC) FROM HIS
SENTENCE COMPUTATION. PETITIONER HAS BEEN GRANTED WITH SUCH CREDITS AT THIS
MOMENT.PETITIONER REQUEST RESPECTFULLY FOR THIS HONORABLE COURT AN ORDER TO
PROTECT HIS RIGHTS UNDER THE FSA ACT LAW. PETITIONER'S  REQUEST TO BE PROTECTED FROM
SUCH ACTION BY THE BOP AND ICE ACTIONS THAT HAS BEEN MADE ILLEGALLY.
(d)  Date of the decision or action: _____

### Your Earlier Challenges of the Decision or Action

7.      **First appeal**
Did you appeal the decision, file a grievance, or seek an administrative remedy?
Yes ___    No X
(a)  If "Yes," provide:
(1)  Name of the authority, agency, or court: _____

_____

(2)  Date of filing: _____
(3)  Docket number, case number, or opinion number: _____
(4)  Result: _____
(5)  Date of result: _____
(6)  Issues raised: _____

_____

(b)  If you answered "No," explain why you did not appeal:   PETITIONER DID NOT PRESENT ANY
ADMINISTRATIVE REMEDY, BECAUSE HE IS BEING

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

GRANTED WITH THE ETC (EARNING TIME CREDITS) AT THIS
MOMENT. PETITIONER IS REQUESTING A PROTECTIVE ORDER
FROM THE     COURT.TO PROTECT HIS CONSTITUTIONAL

RIGHTS UNDER THE LAW.TO KEEP HIS ETC
(EARNING TIME CREDITS GRANTED.

8.      **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

-Yes                    NoX

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a)  If "Yes," provide:

    (1)  Name of the authority, agency, or court: _____

    (2)  Date of filing: _____
    (3)  Docket number, case number, or opinion number: _____
    (4)  Result: _____
    (5)  Date of result: _____
    (6)  Issues raised: _____

    _____
    _____
    _____
    _____
    _____

(b)  If you answered "No," explain why you did not file a second appeal:    DID NOT PRESENT 1ST APPEAL.

**9.**    **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐          Yes    ✔No

(a)  If "Yes," provide:

    (1)  Name of the authority, agency, or court: _____

    (2)  Date of filing: _____
    (3)  Docket number, case number, or opinion number: _____
    (4)  Result: _____
    (5)  Date of result: _____
    (6)  Issues raised: _____

    _____
    _____
    _____
    _____
    _____

(b)  If you answered "No," explain why you did not file a third appeal: _____

**10.**    **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐          Yes    ✔No

If "Yes," answer the following:

(a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

    ☐Yes          ✔No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:

(1) Name of court: _____

(2) Case number: _____

(3) Date of filing: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

(b)     Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

❑ Yes          ☑ No

If "Yes," provide:

(1) Name of court: _____

(2) Case number: _____

(3) Date of filing: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

(c)     Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

_____

_____

_____

_____

_____

**11.**     **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

❑ Yes          ☑ No

If "Yes," provide:

(a)     Date you were taken into immigration custody: _____

(b)     Date of the removal or reinstatement order: _____

(c)     Did you file an appeal with the Board of Immigration Appeals?

❑ Yes          ' No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:

    (1) Date of filing: _____

    (2) Case number: _____

    (3) Result: _____

    (4) Date of result: _____

    (5) Issues raised: _____

_____

_____

_____

_____

(d)    Did you appeal the decision to the United States Court of Appeals?

    ☐ Yes      ☑ No

    If "Yes," provide:

    (1) Name of court: _____

    (2) Date of filing: _____

    (3) Case number: _____

    (4) Result: _____

    (5) Date of result: _____

    (6) Issues raised: _____

_____

_____

_____

_____

**12.**    **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes      ☑ No

If "Yes," provide:

(a) Kind of petition, motion, or application: _____

(b) Name of the authority, agency, or court: _____

(c) Date of filing: _____

(d) Docket number, case number, or opinion number: _____

(e) Result: _____

(f) Date of result: _____

(g) Issues raised: _____

_____

_____

_____

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13.  State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** PETITIONER AVERS HE HAS EARNED SUBSTANTIAL AMOUNT OF FIRST STEP ACT ("FSA") EARNED TIME CREDIT ("ETC") 18 USC: 3624(a)(4) WHICH HAS BEEN GRANTED BY THE BOP EVENTHOUGH PETITIONER HAS A VALID IMMIGRATION DETAINER. (PLEASE SEE COMPUTATION DATA SHEET ATTACHED TO THIS PETITION).

(a)  Supporting facts *(Be brief. Do not cite cases or law.)*:
PETITIONER HAS BEEN CLASSIFIED ELIGIBLE FOR FSA (EARNING TIME CREDITS) AS PETITIONER DOES NOT HAVE A FINAL DEPORTATION ORDER ISSUED BY A FEDERAL IMMIGRATION JUDGE.

(b)  Did you present Ground One in all appeals that were available to you?
    -Yes        No X

**GROUND TWO:** PETITIONER SHOULD BE ALLOW TO KEEP HIS EARNED TIME CREDITS (ETC) WITHOUT BEEN REMOVED BY THE BOP AND THE IMMIGRATION AUTHORITIES.
AS THE CONSTITUTION OF THE UNITED IN HIS EQUAL PROTECTION CLAUSE STATES THE FOLLOWING: "EQUAL PROTECTION REFERS TO THE IDEA THAT A GOVERNMENTAL BODY MAY NOT DENY PEOPLE EQUAL PROTECTION OF ITS GOVERNING LAWS, THE GOVERNING BODY STATE MUST TREAT AN INDIVIDUAL IN THE SAME MANNER AS OTHERS IN SIMILAR CONDITIONS AND CIRCUMSTANCES".

(a)  Supporting facts *(Be brief. Do not cite cases or law.)*:
PETITIONER HAS BEEN DEEMED ELIGIBLE AND GRANTED EARNING TIME CREDITS (ETC) BY THE BOP, EVENTHOUGH PETITIONER HAS A VALID DETAINER ISSUED BY THE IMMIGRATION AUTHORITIES.

(b)  Did you present Ground Two in all appeals that were available to you?
☐  Yes        ☒No

**GROUND THREE:**

(a)  Supporting facts *(Be brief. Do not cite cases or law.)*:

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) Did you present Ground Three in all appeals that were available to you?

☐                              Yes    <u>X-</u> No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:**

(a)  Supporting facts *(Be brief. Do not cite cases or law.)*:

(b)  Did you present Ground Four in all appeals that were available to you?

❏                          Yes    'No

14.    If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

### Request for Relief

15.  State exactly what you want the court to do:  TO ORDER THE BOP TO KEEP AND NOT REMOVE PETITONER'S EARNING TIME CREDITS FROM MY

COMPUTATION SENTENCE AS I HAVE BEEN CLASSIFIED ELIGIBLE FOR THIS CREDITS, I DO NOT HAVE A FINAL IMMIGRATION ORDER OF REMOVAL OR DEPORTATION ISSUED BY AN IMMIGRATION JUDGE, THEREFORE PETITIONER RESPECTFULLY ASK THIS HONORABLE COURT TO ISSUED AN ORDER TO THE BOP TO PROTECT AND PRESERVE HIS RIGHTS FROM THE FSA (FIRST STEP ACT).

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:
SEPTEMBER 05,2024

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date:        09/05/2024

*Signature of Petitioner*

*Signature of Attorney or other authorized person, if any*

Page 12 of

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241



OTVG2  540*23 *
PAGE 002

SENTENCE MONITORING
COMPUTATION DATA
AS OF 09-03-2024

09-03-2024
11:30:25

REGNO..: 01501-104 NAME: ARROYAVE RAMIREZ, ANDRES FERNANDO

CURRENT OBLIGATION NO 010
OFFENSE CODE...: 395



```
    OTVG2  540*23 *              SENTENCE MONITORING          *    09-03-2024
    PAGE 001          *          COMPUTATION DATA             *    11:39:25
                                 AS OF 09-03-2024

    REGNO..: 01507-104 NAME: ARROYAVE RAMIRIEZ, ANDRES FERNANDO


    FBI NO............: 426206VD3          DATE OF BIRTH: 07-26-1988  AGE:  36
    ARS1.............: OTV/A-DES
    UNIT.............: 3 GP                QUARTERS.....: E08-323U
    DETAINERS........: YES                 NOTIFICATIONS: NO

    FSA ELIGIBILITY STATUS IS: ELIGIBLE

    THE FOLLOWING SENTENCE DATA IS FOR THE INNATE'S CURRENT COMMITMENT.
```

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Instructions

1. **Who Should Use This Form**. You should use this form if
   - you are a federal prisoner and you wish to challenge the way your sentence is being carried out *(for example, you claim that the Bureau of Prisons miscalculated your sentence or failed to properly award good time credits)*;
   - you are in federal or state custody because of something other than a judgment of conviction *(for example, you are in pretrial detention or are awaiting extradition)*; or
   - you are alleging that you are illegally detained in immigration custody.

2. **Who Should Not Use This Form**. You should not use this form if
   - you are challenging the validity of a federal judgment of conviction and sentence *(these challenges are generally raised in a motion under 28 U.S.C. § 2255)*;
   - you are challenging the validity of a state judgment of conviction and sentence *(these challenges are generally raised in a petition under 28 U.S.C. § 2254)*; or
   - you are challenging a final order of removal in an immigration case *(these challenges are generally raised in a petition for review directly with a United States Court of Appeals).*

3. **Preparing the Petition**. The petition must be typed or neatly written, and you must sign and date it under penalty of perjury. **A false statement may lead to prosecution.**

4. **Answer all the questions.** You do not need to cite law. You may submit additional pages if necessary.  If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit any legal arguments, you must submit them in a separate memorandum. Be aware that any such memorandum may be subject to page limits set forth in the local rules of the court where you file this petition. If you attach additional pages, number the pages and identify which section of the petition is being continued. All filings must be submitted on paper sized 8½ by 11 inches. **Do not use the back of any page.**

5. **Supporting Documents**. In addition to your petition, you must send to the court a copy of the decisions you are challenging and a copy of any briefs or administrative remedy forms filed in your case.

6. **Required Filing Fee**. You must include the $5 filing fee required by 28 U.S.C. § 1914(a). If you are unable to pay the filing fee, you must ask the court for permission to proceed in forma pauperis – that is, as a person who cannot pay the filing fee – by submitting the documents that the court requires.

7. **Submitting Documents to the Court**. Mail your petition and_____copies to the clerk of the United States District Court for the district and division in which you are confined. For a list of districts and divisions, see 28 U.S.C. §§ 81-131. All copies must be identical to the original. Copies may be legibly handwritten.

   If you want a file-stamped copy of the petition, you must enclose an additional copy of the petition and ask the court to file-stamp it and return it to you.

8. **Change of Address**. You must immediately notify the court in writing of any change of address. If you do not, the court may dismiss your case.

ANDRES FERNANDO ARROYAVE Ramirez

Reg 01507-104

FCI OTisville

Federal Correctional INSTITUTION

P.O. Box 1000 OTisville, NY

10463

RECEIVED

24 SEP 10  PM 2:29

CLERK'S OFFICE
U.S. COURT OF APPEALS

CERTIFIED MAIL

9589 0710 5270 2125 9501 13

RDC99

TO: UNITED States DistRic Co
FOR THE SOUTHERN DISTRICT
NEW YORK THURGOOD MARSH
UNITED STATES COURT HOUSE
CLERK OF COURT
40 FoleySD NEW YORK,
NY 10007