UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDRES FERNANDO ARROYAVE-RAMIREZ,

               Petitioner,

-against-

FCI OTISVILLE (WARDEN),

               Respondent.

24 CIVIL 6985 (LTS)

CIVIL JUDGMENT

    For the reasons stated in the May 12, 2025, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   May 12, 2025
           New York, New York

                                      /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                  Chief United States District Judge